| | AUSA: Louis F. Meizlish | Telephone: (313) 980-2682 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: Jeffrey J. Sokolowski | Telephone: (313) 378-5267 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Ramiro Arsenio Echagaray-Olascagua

Case No.

Case: 2:25-mj-30700
Assigned To : Unassigned
Assign. Date : 11/17/2025
Description: CMP USA V. ECHAGARAY-OLASCAGUAM (DJ)

## ARREST WARRANT



FILED
NOV 19 2025
CLERK'S OFFICE
DETROIT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ramiro Arsenio Echagaray-Olascagua,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached Affidavit.

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

Date: November 17, 2025

*Issuing officer's signature*

City and state: Detroit, Michigan

Kimberly Altman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/17/2025, and the person was arrested on *(date)* 11/18/2025
at *(city and state)* Plymouth, Michigan.

Date: 11/18/2025

*Arresting officer's signature*

Jeffrey Sokolowski / Special Agent FBI
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*